

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00039-CR

Darrell Wayne **MOFFETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1779
Honorable Rex Emerson, Judge Presiding

No. 04-19-00040-CR

Teresa Jo **BRUFFETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1780
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED September 4, 2019.

Sandee Bryan Marion, Chief Justice